UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| ADELL A. STILLWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:25-cv-00219-SCM |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| REGAL REXNORD CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **AJUDGED** as follows:

1) The Magistrate Judge's Report and Recommendation, [Dkt. 14], is **ADOPTED**.

2) This matter is **DISMISSED WITH PREJUDICE**.

3) This case shall be stricken from the active docket.

Signed this 18th day of September, 2026.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky